# STRADLEY RONON

Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
Telephone 212.404.0641
Fax 646.682.7180
www.stradley.com

Leisl Kerechek

lkerechek@stradley.com

212.404.0628

**APPLICATION GRANTED
SO ORDERED**

August 5, 2024

/s/ John G. Koeltl
8/5/24
John G. Koeltl, U.S.D.J.

**Via ECF**
Hon. John G. Koeltl
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:  *Norman et al v. Bank of New York Mellon Trust Company N.A. as Trustee of Mortgage Management Assets Series 1 Trust, et al*
> **Docket No. 1:24-cv-04737-JGK**
> *Letter Motion for Extension of Time to File Motion to Dismiss*

Dear Judge Koeltl:

This firm represents defendant PHH Mortgage Corporation, incorrectly sued herein as "PHH Mortgage Service as Loan Servicer and Agent", ("PHH") in the above-referenced action. We now also represent Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series 1 Trust, incorrectly sued herein as "Bank of New York Mellon Trust Company N.A. as Trustee of Mortgage Management Assets Series 1 Trust, et al", ("BONY", collectively with PHH, the "Defendants") in this action.

The current deadline to file a motion to dismiss is August 9, 2024, with responses due by August 23, 2024, and replies due by September 3, 2024. Defendants respectfully request that the time to file a motion to dismiss be extended to and include **August 23, 2024**. Because this request affects the set deadlines for responses and replies to the motion, Defendants respectfully request that responses to the motion be due by September 13, 2024, and replies due by September 27, 2024.

This is Defendants' first request for an extension of time. The undersigned attempted to contact *pro se* Plaintiff Charmaine Thompson to seek her consent for this request but did not receive a response.

Respectfully submitted,

*/s/ Leisl Kerechek*
Leisl Kerechek

Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL
A Pennsylvania Limited Liability Partnership
MERITAS LAW FIRMS WORLDWIDE

6954214v.1

August 5, 2024
Page 2

cc:   All counsel of record (*via ECF*)

    Gary Norman
    831 East 220th Street
    Bronx, New York 10467
    *Plaintiff*

    Charmaine Thompson
    831 East 220th Street
    Bronx, New York 10467
    *Plaintiff*

    Robertson, Anschutz, Schneid, Crane and Partners, PLLC
    900 Merchants Concourse
    Westbury, NY 11590
    *Defendant*

    Financial Freedom Senior Funding Corporation
    28 Liberty Street
    New York, New York 10005
    *Defendant*

    Financial Freedom Acquisition LLC
    888 East Walnut Street
    Pasadena, California 91101
    *Defendant*

6954214v.1