UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARY NORMAN, et al,
                Plaintiff(s)

                24 civ 4737 (JGK)

      -against-

BANK OF NEW YORK MELLON TRUST COMPANY, N..A., et al.,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

A motion to dismiss currently pending,

The conference scheduled for Tuesday, October 1, 2024, at 4:30pm is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 24, 2024

Copy filed on ECF and mailed to:
Gary Norman and Charmaine Thompson
831 East 220th Street
Bronx, NY 10467