**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
GARY NORMAN AND CHARMAINE THOMPSON,

                Plaintiffs,                      24 **CIVIL** 4737 (JGK)

      -against-                          **<u>JUDGMENT</u>**

BANK OF NEW YORK MELLON TRUST
COMPANY N.A. AS TRUSTEE FOR MORTGAGE
ASSETS MANAGEMENT SERIES 1 TRUST, PHH
MORTGAGE CORPORATION, ROBERTSON,
ANSCHUTZ, SCHNEID, CRANE, AND PARTNERS,
PLLC, FINANCIAL FREEDOM SENIOR FUNDING
CORPORATION, FINANCIAL FREEDOM
ACQUISITION LLC, JOHN DOE 1–12,

                Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated October 21, 2024, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed above, the arguments are either moot or without merit. For the foregoing reasons, the motion to dismiss is granted. This action is dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York
           October 22, 2024

                                              **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                        **BY:**

                                          **Deputy Clerk**